IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| RICHARD D. HORNE and ) | |
| PATRICIA NELSON HORNE, ) | |
| ) | |
| Debtors, ) | |
| ) | |
| MARY BETH MANTIPLY, ) | |
| ) | CIVIL ACTION NO. 13-00258-CB-B |
| Plaintiff/Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| PATRICIA NELSON HORNE, ) | |
| as Personal Representative of the ) | |
| Estate of RICHARD D. HORNE and ) | |
| PATRICIA NELSON HORNE, individually, ) | |
| ) | |
| Defendants/Appellees. ) | |

**JUDGMENT**

Pursuant to separate order entered this date granting the Motion for the Assessment of Additional Appellate Attorneys' Fees, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Defendants/Appellees, Patricia Nelson Horne, as Personal Representative of the Estate of Richard D. Horne, and Patricia Nelson Horne, individually, recover of the Plaintiff/Appellant, Mary Beth Mantiply, additional appellate attorney's fees in the amount of fourteen thousand nine hundred eighteen and 60/100ths ($14,918.60) dollars.[1]

**DONE** this the 19th day of January, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**

---

[1] This amount is in addition to the attorney's fee judgment dated January 8, 2014 in the amount of $34,551.28.